## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01379-RPM-CBS

ROSE ANN PAPEZ,

      Plaintiff,

v.

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC,
a Delaware limited liability company,
d/b/a CREDITORS INTERCHANGE,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Unopposed Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own costs and attorney's fees.

BY THE COURT:

August 8, 2005
DATE

HONORABLE RICHARD P. MATSCH
UNITED STATES DISTRICT JUDGE